# United States Court of Appeals
## For the First Circuit

No. 06-1191

DAVID DAVIGNON, DAVID GOUVEIA, DAVID MILLER,
EDWARD MORIS, JR., and THOMAS PRESBY,

Plaintiffs, Appellees,

v.

THOMAS M. HODGSON, Individually and as
Bristol County Sheriff,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 24, 2008 is amended as follows:

Page 14, lines 11-12: the citation to Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle, 429 U.S. 274, 281-282 (1977) is deleted.

Page 28, line 11:  the following sentence is inserted as part of the quoted language, following 'decision.': "Of course, the employer must have the opportunity to prove that it would have made the same decision regardless of the protected expression."

Page 28, line 15: "thus" is inserted between 'is' and 'ordinarily'.

Page 29, line 8: The citation to Id. is amended to read "Curran, 509 F.3d at 45; O'Connor, 994 F.2d at 913."